UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANNETTE TYLER | CIVIL ACTION NO. 6:23-CV-1419 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| JACOB & MARY ABDALLA FAMILY PROPERTIES, LLC | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

Considering the JOINT MOTION TO DISMISS ("the Motion") [Doc. 14], filed by Plaintiff, Annette Tyler and Defendants, Jacob and Mary Abdalla Family Properties, LLC;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this lawsuit and all claims asserted herein by Plaintiff, Annette Tyler against Defendants, Jacob and Mary Abdalla Family Properties LLC, are hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and court costs.

THUS DONE AND SIGNED in Chambers on this 13th day of May 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE